

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Enrique Akil Diaz, Appellant

No. 06-23-00183-CR    v.

The State of Texas, Appellee

Appeal from the County Court at Law of Harrison County, Texas (Tr. Ct. No. 2023-0090).  Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's bill of costs by deleting the assessments for "Attorney Fees," "Clerk of the Court Account," "County Court Technology," "County Jury Fund," "County Records Mgmt," "County Specialty Court Account," "Court Reporter Service Fund," "Courthouse Security Fund," "Prosecutors Fees," and "CRIME STOPPER FUND," by adding an assessment of $123.00 for "Local Consolidated Fee," and by changing the total court costs to $410.00.  We modify the trial court's judgment by deleting the assessment for "ATTY FEE," by changing the "COURT COST" to $410.00, and by changing the "Plea" to "NOT GUILTY."  As modified, we affirm the trial court's judgment.

We note that the appellant, Enrique Akil Diaz, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JANUARY 12, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk